## 44535. MITCHELL v. THE STATE.
(360 SE2d 719)

SMITH, Justice.

The appellant, Charles Dale Mitchell, was convicted of the malice murder of his wife, Donna Gale Mitchell. We affirm.[1]

1. Applying the standard of *Jackson v. Virginia,* 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979), we find a rational trier of fact could have found the appellant guilty beyond a reasonable doubt of the murder of his wife.

2. The appellant maintains that the trial court erred when it recharged the jury. We find no reversible error.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1987.

*J. Converse Bright,* for appellant.
*H. Lamar Cole, District Attorney, Michael J. Bowers, Attorney*

---

[1] The offense occurred on September 8, 1986. The appellant was indicted on November 14, 1986, and found guilty by a Lowndes County jury on January 22, 1987 and sentenced the same day. A notice of appeal was filed on February 5, 1987. The record was certified April 6, 1987, and the case submitted for decision on May 5, 1987.

*General, Dennis R. Dunn, Assistant Attorney General,* for appellee.